Louis J. Kahn, Respondent, v. Adolph Hollander and Harry Hollander,

Appellants. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion.

Grace Linthwaite, Respondent, v. Reno R. Billington, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Gim Scott.— Motion to dismiss appeal granted.

The People of the State of New York v. Max Walk.— Motion to dismiss appeal granted.

The People of the State of New York ex rel. Minnie Rose v. Frank Fox, Warden, etc.—Motion to dismiss appeal granted.

The People of the State of New York v. John C. Jones and John Franklin. —Motion to dismiss appeal granted.

The People of the State of New York v. William Cotter.— Motion to dismiss appeal granted.

The People of the State of New York v. Lizzie Fields.— Motion to dismiss appeal granted.

· The People of the State of New York ex rel. Chauncey Bradley v. Jesse D. Frost, etc.— Motion to dismiss appeal granted.

The People of the State of New York v. Morris Bergoffen.— Motion to dismiss appeal granted.

The People of the State of New York v. Dominick Delessandro and Others.— Motion to dismiss appeal granted.